**RINAWATI, aka Rinawati Fnu;
Tjahaja Pratomo Bong,
Petitioners,**

v.

**Loretta E. LYNCH, Attorney
General, Respondent.**

No. 13–72510.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 24, 2015.

Jack Herzig, Esquire, Law Offices of Jack Herzig, Wyncote, PA, for Petitioners.

Regina Byrd, Esquire, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Rinawati and Tjahaja Pratomo Bong, natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen immigration proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder,* 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because it was untimely and petitioners did not establish materially changed circumstances in Indonesia as to overcome the time limitation for a motion to reopen. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Najmabadi,* 597 F.3d at 987–90 (evidence must be "qualitatively different" to warrant reopening). We reject petitioners' contention that the BIA ignored evidence. *See id.* at 986 (the court "defer[s] to the BIA's exercise of discretion unless it acted arbitrarily, irrationally, or contrary to law").

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.